67UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN RUSHING,<br><br>                              Plaintiff,<br><br>               -against-<br><br>METRO TRANSIT AUTHORITY,<br><br>                              Defendant. | 24-CV-4605 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 23, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 23, 2024
            New York, New York

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              Chief United States District Judge